UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLIN LYNN BURLESON, | No. C 05-1263 SI (pr) |
| Petitioner, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner has filed a request for a stay of the proceedings so he can exhaust state court remedies as to a new claim he apparently wants to present to this court. Respondent must file and serve any opposition to the request no later than **April 20, 2007**. Petitioner must file and serve any reply in support of his request no later than **May 11, 2007**.

In light of the unnecessarily long nature of several of petitioner's filings, he is specifically reminded that he must comply with the page limits for briefs filed here. See N. D. Cal. Local Rule 7-4 (25-page limit on motions and oppositions; 15-page limit on reply briefs).

IT IS SO ORDERED.

DATED: April 3, 2007

_____
SUSAN ILLSTON
United States District Judge