UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLIN LYNN BURLESON, | No. C 05-1263 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT KERNAN, | |
| Respondent. | |

The petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 15, 2007

SUSAN ILLSTON
United States District Judge